```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 17479
    MARGARET M AUSTIN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7372


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/03/2005 and was confirmed 07/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSEC W/INTER      9642.11          689.27        9642.11
AMERICAN GENERAL FINANCE  UNSEC W/INTER      1396.62           99.85        1396.62
BANK OF AMERICA NA        UNSEC W/INTER    NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      2640.95          188.79        2640.95
ROUNDUP FUNDING LLC       UNSEC W/INTER      2985.61          213.41        2985.61
MELVIN J KAPLAN           DEBTOR ATTY       2,148.00                       2,148.00
TOM VAUGHN                TRUSTEE                                          1,233.68
DEBTOR REFUND             REFUND                                             217.71

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             21,456.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   16,665.29
   INTEREST                                  1,191.32
ADMINISTRATIVE                               2,148.00
TRUSTEE COMPENSATION                         1,233.68
DEBTOR REFUND                                  217.71
                    ---------------         ---------------
TOTALS              21,456.00               21,456.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 17479 MARGARET M AUSTIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                     /s/ Tom Vaughn

Dated: 12/22/08                _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE